IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JUNE GRAHAM,<br><br>              Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., et al.,<br><br>              Defendants. | CV 22-98-BLG-SPW-KLD<br><br><br>ORDER |

On August 13, 2024, this Court granted the parties an extension of up to October 4, 2024 to file a stipulation of dismissal together with a proposed order (Doc. 24). The parties have not filed a stipulation of dismissal. Therefore,

**IT IS HEREBY ORDERED** that the parties shall file either a status report or a stipulation of dismissal by **October 21, 2024.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of October, 2024.

SUSAN P. WATTERS
United States District Judge

1